```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC,

                Plaintiff,

      - against -

JOHN RIOS,

                Defendant.

**ORDER**

18 Civ. 346 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    Sufficient cause having been shown, it is hereby ORDERED that:

1. Plaintiff's motion to approve alternative service is granted.

2. Service of the Court's Order to Show Cause (Dkt. No. 48) shall be made upon Defendant on or before **January 10, 2019**. Plaintiff shall serve Defendant by alternate service, including posting at Defendant's last known address and mailing, via the United States mail.

3. Any opposition papers are due by **January 17, 2019**.

4. The show cause hearing on Plaintiff's application for a default judgment presently scheduled for January 3, 2019 is adjourned to **Thursday, January 24, 2019 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 2, 2019

                            SO ORDERED.

                            _____
                            Paul G. Gardephe
                            United States District Judge