UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC,

                Plaintiff,

     - against -

JOHN RIOS,

                Defendant.

**ORDER**

18 Civ. 346 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      WHEREAS Plaintiff commenced this action on January 14, 2018 by filing the Summons and Complaint herein; and

      WHEREAS Plaintiff served John Rios personally with the Summons and Complaint herein on August 13, 2018; and

      WHEREAS Plaintiff filed proof of such service on August 18, 2018; and

      WHEREAS Defendant John Rios has not answered or otherwise responded to the Summons and Complaint herein and Defendant's time to answer has expired; and

      WHEREAS the Clerk of the Court issued a certificate of default as to Defendant John Rios on October 30, 2018; and

      WHEREAS this Court ordered Defendant John Rios to show cause on January 24, 2019 why default judgment should not be entered against it and Defendant John Rios did not appear before the Court; it is hereby

ORDERED that a default is entered against Defendant John Rios, and that this matter is referred to Magistrate Judge Gabriel W. Gorenstein for an inquest into damages. The Clerk of the Court is directed not to close the case.

Dated: New York, New York
February 19, 2019

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge