USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

MALIBU MEDIA, LLC,

                         Plaintiff,                          18 **CIVIL** 346 (PGG)(GWG)

          -against-                                          **JUDGMENT**

JOHN RIOS,

                         Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 11, 2021, Judge Gorenstein's R&R is adopted in its

entirety. Plaintiff is awarded $18,000 in statutory damages and $400 in costs, plus post-

judgment interest in accordance with 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated:**  New York, New York
          March 12, 2021

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                                    **BY:**       _____
                                                  **Deputy Clerk**